DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

DAVID L. RECTOR,

Appellant,

v.

STATE OF FLORIDA,

Appellee

No. 2D2026-0030

————————————————

June 17, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco, Judge.

PER CURIAM.

Affirmed.

LUCAS, C.J., and KELLY and MORRIS, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.